# SUPREME COURT OF THE STATE OF NEW YORK
## *Appellate Division, Fourth Judicial Department*

**1117**

**CA 14-00210**

PRESENT: SCUDDER, P.J., FAHEY, CARNI, AND LINDLEY, JJ.

---

IN THE MATTER OF THE ESTATE OF ANTHONY J. THOMAS, DECEASED.

---------------------------------------------------

IN THE MATTER OF THE ESTATE OF DOROTHY THOMAS,    MEMORANDUM AND ORDER
DECEASED.

---------------------------------------------------

JOSEPH M. THOMAS AND GLORIA M. BORRELLI, PETITIONERS-APPELLANTS;

TOM J. THOMAS, RESPONDENT-RESPONDENT.
(APPEAL NO. 2.)

---

BOND, SCHOENECK & KING, PLLC, ROCHESTER (JONATHAN B. FELLOWS OF COUNSEL), FOR PETITIONERS-APPELLANTS.

ADAMS BELL ADAMS, P.C., ROCHESTER (ANTHONY J. ADAMS, JR., OF COUNSEL), FOR RESPONDENT-RESPONDENT.

---

Appeal from an order of the Surrogate's Court, Monroe County (John M. Owens, A.S.), entered December 10, 2013. The order directed that petitioners may not inquire of the executor, or otherwise obtain disclosure, concerning his ownership of the stock of New York State Fence Company or concerning the finances or affairs of that company.

It is hereby ORDERED that the order so appealed from is unanimously reversed on the law without costs.

Same Memorandum as in *Matter of Estate of Thomas* ([appeal No. 1] ___ AD3d ___ [Jan. 2, 2015]).

Entered: January 2, 2015             Frances E. Cafarell
                                            Clerk of the Court